# THE MARKS LAW FIRM, P.C.

**MEMO ENDORSED**

September 21, 2022

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/23/2022
```

*FILED VIA ECF*
Hon. Valerie E. Caproni
United States District Judge
United States District Court
40 Foley Square, Courtroom 443
New York, NY 10007

      RE:    **Henry Tucker v. Bedford Cheese Shop Inc.**
             Index:   1:22-cv-4338-VEC

Dear Judge Caproni,

      Plaintiff respectfully requests an adjournment of the Initial Conference from **September 30, 2022** [Dkt. 6] to **October 28, 2022**, or a date thereafter that is convenient for this Court.

      The reason for this request is that Defendant has not appeared, answered, or otherwise moved in this action, despite Plaintiff's attempts to contact Defendant via telephone, email, and by mail.

      Therefore, Plaintiff respectfully requests to adjourn the Initial Conference to **October 28, 2022**, along with all corresponding deadlines (Case Management Plan and Joint Letter), to make further attempts to contact Defendant. If Defendant fails to appear, answer, or otherwise move, by **October 28, 2022**, Plaintiff will move for default. This is the first request of its kind.

      We thank you and the Court for its time and consideration.

      Respectfully Submitted,

      The Marks Law Firm, P.C.

      By:_____
           Bradly G. Marks

155 East 55th Street, Suite 6A, New York, New York 10022
T: (646) 770 – 3775, F: (646) 867 – 2639, brad@markslawpc.com
www.markslawpc.com

Application GRANTED in part.  The initial pretrial conference scheduled for September 30, 2022 is hereby ADJOURNED *sine die*.  If Defendant does not answer by **September 30, 2022**, Plaintiff must move for default judgment pursuant to the Undersigned's Individual Practices by no later than **October 7, 2022**.  Plaintiff is ordered to serve a copy of this endorsement on Defendant and file proof of service on the docket.

SO ORDERED.

Date: 9/23/2022

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE