UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X

HENRY TUCKER,

                        Plaintiff,

    -against-

BEDFORD CHEESE SHOP INC.,

                        Defendant.

--------------------------------------------------------X

*Civil Action No.*

1:22-cv-04338-VEC

## NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE that Plaintiff, **HENRY TUCKER** and Defendant, **BCS Irving, LLC (incorrectly named as "BEDFORD CHEESE SHOP INC."),** hereby notify this Honorable Court that settlement has been reached in principle in the above-referenced case among the parties. The Parties are drafting the necessary documents and expect to finalize the agreement in the next few weeks. Accordingly, we respectfully request a thirty (30) day order be issued.

Dated: October 21, 2022

By:_____
Bradly G. Marks
The Marks Law Firm, PC
155 E 55th Street, Suite 6A
New York, NY 10022
T:(646) 770-3775