```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/28/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HENRY TUCKER,

                Plaintiff,

-against-

BEDFORD CHEESE SHOP, INC.,

                Defendant.

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Case No.: 1:22-cv-04338-VEC

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff **Henry Tucker** by and through his counsel, hereby give notice that the above captioned action is voluntarily dismissed, **with prejudice** against the defendant **Bedford Cheese Shop, Inc.** since no party has answered or otherwise moved for summary judgment in this action.

Dated: October 28, 2022

The Marks Law Firm, P.C.

By:_____
Bradly G. Marks
The Marks Law Firm, PC
155 E 55th Street, Suite 6A
New York, NY 10022
T:(646) 770-3775

---

Pursuant to Rule 41, Plaintiff may voluntarily dismiss this case with prejudice if Defendant has not yet answered or moved for summary judgment.  Fed. R. Civ. P. 41(a)(1)(A)(i).  Counsel is on notice, however, that ADA complaints must adequately allege standing pursuant to the Second Circuit's decision in *Calcano v. Swarovski et al.*, 36 F.4th 68 (2d Cir. 2022).  In the future, Counsel must seek leave to diverge from the Court's orders.

SO ORDERED.

*[signature]*   Date: 10/28/2022

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE